UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>OSCAR ZENO REED, et al.,<br><br>        Defendants. | Case No. 18-cv-04705-TSH<br><br>**ORDER TO SHOW CAUSE** |

On April 11, 2019 Plaintiff Arthur Gray filed a Notice of Need for Mediation. ECF No. 25. That same day the case was referred to mediation with a July 10, 2019 deadline to complete. On May 20, 2019 Robert Pohls was appointed as mediator. ECF No. 26. As the deadline passed with no activity on the docket, the Court issued an order on July 26, 2019 requesting a joint status report be submitted by August 1, 2019. ECF No. 26. The August 1, 2019 deadline passed with no communication from the parties. Accordingly, the Court **ORDERS** Plaintiff Arthur Gray to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 12, 2019. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above. No chambers copy is required.

        **IT IS SO ORDERED.**

Dated: August 5, 2019

THOMAS S. HIXSON
United States Magistrate Judge